IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREEN PROPERTY SOLUTIONS LLC, a Utah limited liability company; RIDGEBROOK OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 1:19-cv-00010<br><br>District Judge Dee Benson |

It is hereby ORDERED and ADJUDGED that summary judgment is GRANTED in favor of Plaintiff (Dkt. No. 41), and this action is DISMISSED with prejudice.

DATED this 15th day of May, 2020.

BY THE COURT:

_Dee Benson_
Dee Benson
United States District Judge